UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEA E. GLENN,<br><br>        Plaintiff,<br><br>    v.<br><br>CALSTRS, et al.,<br><br>        Defendants. | Case No.  16-cv-05512-SK<br><br>**DISMISSAL WITHOUT PREJUDICE**<br><br>Regarding Docket Nos. 4. 7 |

On September 28, 2016, Plaintiff filed this action and an application for leave to proceed *in forma pauperis.* (Dkts. 1, 3.) The Court rejected Plaintiff's application to proceed *in forma pauperis,* but agreed to allow Plaintiff to pay the $400.00 filing fee in two $200.00 installments, the first due October 19, 2016 and the second due December 19, 2016. (Dkt. 4.) On October 11, 2016, Plaintiff consented to proceed before a magistrate judge. (Dkt. 5.) On October 28, 2016, having failed to submit the initial $200 payment, the Court provided Plaintiff an additional week, until November 4, 2016, to submit payment. (Dkt. 7.) Plaintiff failed to submit her initial payment by November 4, 2016. As a result, this action is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED**.

Dated: November 7, 2016

_____
SALLIE KIM
United States Magistrate Judge