UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEA E. GLENN,<br><br>             Plaintiff,<br><br>     v.<br><br>CALSTRS, et al.,<br><br>             Defendants. | Case No.  16-cv-05512-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 11 |

On November 7, 2016, the Court dismissed this case without prejudice on the grounds that Plaintiff failed to submit the initial filing fee payment by November 4, 2016 – a courtesy extension from the Court after Plaintiff failed to submit payment by October 19, 2016.  (Dkts. 10, 4, 7.)  On November 10, 2016, this Court received a late payment of November 10, 2016.

In light of the foregoing, Plaintiff is HEREBY ORDERED TO APPEAR AND SHOW CAUSE on November 30, 2016 at 9:30 a.m. in Department A, 15th Floor of 450 Golden Gate Avenue, San Francisco, California regarding the late date of the payment, the reason the deadlines were not previously met, and whether this matter should be reopened.  Plaintiff is again encouraged to consult with the JDC Legal Help Center for pro se parties.  The appointment number is 415-782-8982.

**IT IS SO ORDERED**.

Dated: November 14, 2016

_____
SALLIE KIM
United States Magistrate Judge