UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEA E. GLENN,

        Plaintiff,

    v.

CALSTRS, et al.,

        Defendants.

Case No. 16-cv-05512-SK

**ORDER REGARDING ORDER TO SHOW CAUSE AND REGARDING BRIEFING OF DEFENDANT'S MOTION TO DISMISS**

Regarding Docket Nos. 9 and 12

On November 30, 2016, this Court conducted a telephonic hearing following the issuance of an order to show cause ("OSC") (Dkt. 12) related to the late installment payment of filing fees as required in the Order regarding fees. (Dkt. 7.) Both Plaintiff Bea Glenn and counsel for CalSTRS, Michael Carruth, were in attendance. Upon consideration of Ms. Glenn's statements related to the delay in payment and the payment of the final installment, the Court hereby discharges the OSC. Further, good cause having been shown, the Court GRANTS Plaintiff's request to reopen the case and asks that the Clerk do so.

Further, the Court hereby ORDERS that the hearing on the Motion to Dismiss (Dkt. 9.) originally scheduled for December 7, 2016 shall remain vacated. No reply brief shall be submitted by Defendant. The Court will rule on the papers as submitted.

    **IT IS SO ORDERED**.

Dated: November 30, 2016



_____
SALLIE KIM
United States Magistrate Judge